**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

RICKIE EARN BERNA
ADC #80609                                                                                            PLAINTIFF

VS.                              5:04CV00388 GH/JTR

MS. ROBINSON, Maximum Security Unit,
Arkansas Department of Correction, et al.                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted and Judgment is entered in favor of Defendants on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 13th day of October, 2005.

*George Howard Jr.*
UNITED STATES DISTRICT JUDGE