IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKIE EARN BERNA                                                                                           PLAINTIFF

v.                                                  No. 5:04CV00388 GH

MS. ROBINSON, ET AL.                                                                                   DEFENDANTS

# ORDER

By order and judgment filed on October 13th, the Court adopted the September 29th report and recommendations by the Magistrate Judge that defendants' motion to dismiss be granted and plaintiff's motion to name additional defendants and to compel discovery and for sanctions be denied as moot.

On October 21st, plaintiff filed a motion for reconsideration raising several arguments which are completely without merit.  Accordingly, plaintiff's October 21st motion (#53) for reconsideration is hereby denied.

IT IS SO ORDERED this 24th day of October, 2005.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE

-1-